### 4617. SHAW v. THE STATE.

RUSSELL, J. In the absence of a written request for a more specific instruction, the charge as given sufficiently instructed the jury in reference to the law of stabbing, and of self-defense. The evidence, though conflicting, was sufficient to authorize the verdict of assault with intent to murder. No substantial error of law was committed. For this reason, the judgment overruling the motion for a new trial will not be disturbed.                    *Judgment affirmed.*

DECIDED APRIL 16, 1913.

Indictment for assault with intent to murder; from Bibb superior court—Judge Mathews. January 3, 1913.

*John R. Cooper, John Hancock,* for plaintiff in error.
*John P. Ross, solicitor-general,* contra.